JOHN S. SLINGERLAND, Respondent, v. ERASMUS
BENNETT, Appellant.

Appeal from a judgment in favor of the plaintiff, entered upon
the verdict of a jury.

The General Term *held* that the evidence in the case was sufficient
to sustain the verdict of the jury, and affirmed the judgment.

*J. H. Clute*, for the appellant.

*A. J. Parker*, for the respondent.

Opinion by BOARDMAN J.

Present — BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs

———————————

LEAH J. INGERSOLL, Administratrix, etc., Appellant, v.
THE NEW YORK CENTRAL AND HUDSON RIVER
RAILROAD COMPANY, Respondent.

Appeal from an order of the Special Term, granting a new
trial after verdict for the plaintiff. The action was to recover
damages caused by the defendant's running over and killing plain-
tiff's intestate. The answer set up a special denial and contribu-
tory negligence on the part of the intestate.

The General Term was of opinion that the evidence in the case
made it proper to submit the cause to the jury and that its decision
thereon was conclusive.

*W. L. Van Denbergh*, for the appellant.

*S. S. Jackson*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., and BOARDMAN, J.

Order reversed, with costs.